**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the
# Supreme Court of Georgia

No. S26Y0386
In the Matter of Shaquandra A. Woods

Decided: May 5, 2026

PER CURIAM.

This is the second appearance before this Court of this disciplinary matter involving Shaquandra Woods (State Bar No. 579239), who has been a member of the State Bar since 2019. Woods previously filed a Petition for Voluntary Suspension of License Pending Appeal, in which she sought the voluntary suspension of her license to practice law pending the outcome of an appeal of her criminal conviction. In that petition, Woods admitted that on December 8, 2023, in the United States District Court for the Southern District of Georgia, she was found guilty of conspiracy to commit wire fraud under 18 USC § 1349 — a felony — and that her conviction violated Rule 8.4(a)(2)[1] of the Georgia Rules of Professional Conduct ("GRPC" or "Rules") found in Bar Rule 4-102(d). Further, Woods represented that she would notify the State Bar of the final disposition of her appeal within ten days of that disposition. This Court accepted the petition and suspended Woods from the practice of law pending the outcome of her appeal. See *In the Matter of Woods*, 318 Ga. 609 (2024).

On October 21, 2025, Woods filed the instant Petition for Voluntary Surrender of License. In this petition, Woods states

---

[1] Rule 8.4(a)(2) provides that it shall be a violation of the GRPC for a lawyer to "be convicted of a felony." The maximum sanction for this Rule is disbarment.

that on May 14, 2025, the Eleventh Circuit Court of Appeals affirmed her conviction and on July 21, 2025, her request for en banc review was denied. Further, Woods admits that she has violated Rule 8.4(a)(2). The State Bar filed its response, in which it requests this Court to accept the petition.

Having reviewed the record, we agree to accept Woods's petition for voluntary surrender of her license, which is tantamount to disbarment, as this is an appropriate sanction for her admitted violation of Rule 8.4(a)(2). See *In the Matter of Bui*, 322 Ga. 462 (2025) (accepting petition for voluntary surrender of license where attorney's felony convictions violated Rule 8.4(a)(2)); *In the Matter of Huber*, 320 Ga. 314 (2024) (same); *In the Matter of Hardwick*, 315 Ga. 840 (2023) (same). Accordingly, it is ordered that the name of Shaquandra Woods be removed from the rolls of persons authorized to practice law in the State of Georgia. Woods is reminded of her duties pursuant to Bar Rule 4-219(b).

*Petition for voluntary surrender of license accepted. All the Justices concur.*